UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEAN-CLAUDE VOLTAIRE, ISMITH AUDIGE, DIEUMONFRAN ALLIANCE, METICHELA GEDEUS, GEORGES HYGIENE, JOSLET DESTINE,

    Plaintiff,

vs.      Case No. 2:04-cv-347-FtM-33DNF

COASTAL PLUMBING AND MECHANICAL CORP., INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Notice of Settlement (Doc. #34) filed on May 18, 2005. The Notice states that the parties have resolved the above styled matter and anticipate filing final settlement documents.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

That this cause be and the same is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **SIXTY** days of the date hereof, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen the action, *upon good cause being shown*. After that SIXTY day period, however, without further order, this dismissal shall be deemed *with prejudice*. The Clerk is directed to terminate any previously scheduled deadlines and

pending motions, and administratively close the case pending further Order.

DONE and ORDERED in Chambers in Fort Myers, Florida, this 19th day of May, 2005.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record