UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEAN-CLAUDE VOLTAIRE, ISMITH
AUDIGE, DIEUMONFRAN ALLIANCE,
METICHELA GEDEUS, GEORGES HYGIENE,
JOSLET DESTINE,

                Plaintiff,

vs.                              Case No.  2:04-cv-347-FtM-33DNF

COASTAL PLUMBING AND MECHANICAL
CORP., INC.,

                Defendant.
_____/

### ORDER

This matter comes before the Court upon the filing of a Joint Stipulation for Dismissal with Prejudice (Doc. #36) on June 22, 2005.  The parties stipulate that the matter has been settled and request that the matter be dismissed with prejudice, with each side to bear its own costs and attorney's fees.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:** that this case is **DISMISSED** with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all previously

scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this __27th__ day of June, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record